UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RACHEL S. KAY,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W COLVIN, Acting Commissioner of the Social Security Administration, [1]<br><br>        Defendant. | CASE NO. 12-cv-05305 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, on Defendant's Stipulated Motion for Remand (ECF No. 24), and the relevant record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    The matter is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Administration for further consideration; and

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this suit.

1     (3)    The Clerk is directed to enter Judgment and close this case.

2   Dated this 14th day of March, 2013.

 

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2